UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL E. MOECKER, as Receiver for Botfly, LLC,
David R. Lewalski and John J. Hammill,

    Plaintiff,

v.                                            CASE NO: 8:12-cv-811-T-26AEP

ROBERT STEAD and KELLY STEAD,

    Defendants.
_____/

**O R D E R**

    Upon due consideration of the procedural history of this case, it is ordered and adjudged that Defendants' Motion for Reconsideration of Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 11) is denied.  See Babcock v. Whatmore, 707 So. 2d 702, 704 n.6 (Fla. 1998) (quoting in part Shurden v. Thomas, 134 So.2d 876, 878 (Fla. Dist. Ct. App. 1961)).  In this case, there can be no question that Defendants sought affirmative relief in the receivership case, a case inextricably intertwined with this case.

    **DONE AND ORDERED** at Tampa, Florida, on May 14, 2012.

                                    s/*Richard A. Lazzara*
                                    **RICHARD A. LAZZARA**
                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record